IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY BRUESWITZ,

                                                          ORDER

                  Plaintiff,

                                                  05-cv-542-bbc

     v.

WOLPOFF & ABRAMSON, L.L.P.,
RONALD M. ABRAMSON, KEELY
MACBETH, RONALD CANTER, NEAL
LEVITSKY and MBNA AMERICAN
BANK, N.A.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendants have moved the court to reopen this case for purpose of confirming the arbitration award entered in this matter. The motion is GRANTED and the arbitration award is confirmed in all respects.

      IT IS ORDERED that the counterclaim and third party claims of plaintiff-respondent, Terry Brueswitz, is DISMISSED WITH PREJUDICE as provided in the award. The Clerk of Court is directed to enter judgment in favor of defendant MBNA America Bank, N.A. and against Terry Brueswitz in the amount of $65,358.06.

      Entered this 8th day of September, 2008.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge