IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY BRUESWITZ,

    Plaintiff,

v.

WOLPOFF & ABRAMSON, L. L. P.,
RONALD M. ABRAMSON, KELLY
MACBETH, RONALD CANTER,
NEAL LEVITSKY and MBNA
AMERICAN BANK, N.A.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 05-cv-542-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant MBNA American Bank, N.A. against Terry Brueswitz in the amount of $65,358.06.

_____
Joel W. Turner, Acting Clerk of Court

9-10-08
Date